IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Roger D. Sexton, Jr., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv18 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Deutsche Bank National Trust Company, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 22, 2013 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 9, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is **DISMISSED** for want of prosecution and failure to obey an Order of the Court.

IT IS SO ORDERED.

                                                                                 s/Susan J. Dlott
                                                                                 Chief Judge Susan J. Dlott
                                                                                 United States District Court